IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIVINGSTON BENNETT, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MIZUNO USA, INC.,<br><br>Defendant. | Case No. 1:26-cv-03174<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE,** that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing confidential settlement terms and conditions and we anticipate filing a Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.

Dated: August 28, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Russell Monilla**
Russell Monilla
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 850-404-0382
Email: Rmonilla@ealg.law